Susan St. Vincent
Legal Officer
Armin M. Najafi
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>JASE WADE,<br><br>            Defendant. | No.  6:17-po-0034-MJS<br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice.  The Government believes that a dismissal in this case will serve the interests of justice.

Dated:  August 02, 2017                             NATIONAL PARK SERVICE


                                                                     /S/ Armin M. Najafi
                                                                    Armin M. Najafi
                                                                    Acting Legal Officer

1

**<u>ORDER</u>**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Wade* 6:17-po-0034-MJS, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   August 2, 2017                              /s/ *Michael J. Seng*
                                                         UNITED STATES MAGISTRATE JUDGE